JUDGE FRANKLIN D. BURGESS

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

| UNITED STATES OF AMERICA, | ) | NO.  CR05-5606FDB |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| vs. | ) | |
| ANTONIO MYLES, | ) | |
| Defendant. | ) | |

10

11

12

13

14

15

16        Upon stipulated motion of the defendant to continue the pretrial motions due date,

17   the Court finds that such a continuance would serve the ends of justice; therefore,

18        IT IS HEREBY ORDERED that the pretrial motions due date in this matter be

19   continued to November 1, 2005.

20   //

21   //

22   //

23   //

24   //

25   //

26   //

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE        1
CR05-5606FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1    The Government's response to any pretrial motions shall be filed no later than

2    November 9, 2005.

3    DONE this 17th day of October, 2005.

4

5

6

7

8

9    FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE
10

11   Presented By:

12

13   _____        _____

14   Russell V. Leonard                       Bruce Miyake
     Attorney for Defendant                   Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION                                    **FEDERAL PUBLIC DEFENDER**
TO CONTINUE PRETRIAL MOTIONS DEADLINE        2           1331 Broadway, Ste. 400
CR05-5606FDB                                             Tacoma, Washington  98402
                                                         (253) 593-6710